Carolina T. Curbelo, Esq.
The Law Office of Carolina T. Curbelo, LLC
41 North Broad Street, 2nd Floor
Ridgewood, NJ 07450
Telephone: (201) 379-4040
Fax: (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
*Attorney for Petitioner*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Isidro CABANAS-REYES,<br><br>                              Petitioner,<br><br>v.<br><br>Luis SOTO, Warden, Delaney Hall Detention Facility,<br>Todd LYONS, Acting Director, U.S. Immigration and Customs;<br>Markwayne MULLIN, in his Official Capacity, Secretary, U.S. Department of Homeland Security (hereinafter "DHS");<br>Todd BLANCHE, the Acting Attorney General of the United States of America<br><br>Respondents. | Case No.: 26-5911<br><br>**PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORAL ARGUMENT REQUESTED** |

## VERIFIED HABEAS CORPUS PETITION

26-5911

## I.  INTRODUCTION

Petitioner, Isidro Cabanas-Reyes (hereinafter "Mr. Cabanas-Reyes" or "Petitioner"), by and through undersigned counsel, complains of the Respondents, Luis SOTO, the Warden of the Delaney Hall Detention Facility (hereinafter "Warden"); Todd LYONS, the Acting Director of the U.S. Immigration and Customs Enforcement (hereinafter "ICE"); Markwayne MULLIN, in his Official Capacity, Secretary, U.S. Department of Homeland Security (hereinafter "DHS"); and Todd BLANCHE, the Attorney General of the United States of America, as follows:

1.  Mr. Cabanas-Reyes is a male of legal age, a national of Mexico, who has resided in the United States since approximately 1997, with a documented re-entry in 2011. He is the father of one U.S. citizen son, age 20, who is autistic and currently resides in Mexico. He has U.S. citizen nephews and nieces residing in the United States. He is a skilled electrician by trade.

2.  On May 15, 2026, Mr. Cabanas-Reyes was unlawfully arrested by ICE agents while entering his residence after walking his dogs. He was seized without lawful justification and immediately transferred to ICE custody at Delaney Hall Detention Facility in New Jersey, where he remains unlawfully detained.

3.  Mr. Cabanas-Reyes had a prior charge of domestic violence that was dismissed. He has no criminal convictions. He has no history of criminal conduct, violence, or violation of law during his nearly three decades of residence in the United States.

4.  A Notice to Appear (NTA) has been issued against Mr. Cabanas-Reyes, and removal proceedings have been initiated in the Executive Office for Immigration Review (EOIR).

5.  Mr. Cabanas-Reyes is effectively precluded from prevailing on any bond claim before EOIR under the BIA precedent established in *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025). Any bond request to EOIR would be futile.

6.  There is no lawful basis for Mr. Cabanas-Reyes's continued detention. To date, no criminal charges have been filed against him. His detention is arbitrary and capricious, and

26-5911

violates his constitutional rights to substantive and procedural due process under the Fifth Amendment.

7. Mr. Cabanas-Reyes seeks emergency habeas relief on the grounds that his detention is unlawful, his liberty interest has been violated without due process, and he faces an immediate risk of unlawful removal from the United States. Absent immediate judicial intervention, Mr. Cabanas-Reyes will suffer irreparable harm.

## II.   CUSTODY

8. Mr. Cabanas-Reyes is in the physical custody of Respondents and the Department of Homeland Security, U.S. Immigration and Customs Enforcement. As of May 15, 2026, Mr. Cabanas-Reyes was taken into ICE custody. His current detention location is at the Delaney Hall Detention Facility in New Jersey. See **Ex. A, ICE Locator Information**. ICE may transfer him to any detention facility in the United States at any time, potentially rendering legal representation impossible.

9. Mr. Cabanas-Reyes is under the direct control of the Respondents and their agents.

## III.   JURISDICTION

10. This action arises under the Constitution of the United States, the Immigration and Nationality Act ('INA'), 8 U.S.C. Section 1101 et seq., as amended by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ('IIRIRA'), Pub. L. No. 104-208, 110 Stat. 1570, and the Administrative Procedure Act ('APA'), 5 U.S.C. Section 701 et seq.

11. This Court has jurisdiction under 28 U.S.C. Section 2241; Art. I Section 9, cl. 2 of the United States Constitution ('Suspension Clause'); and 28 U.S.C. Section 1331, as Mr. Cabanas-Reyes is presently in custody under color of the authority of the United States and such custody is in violation of the Constitution, laws, and treaties of the United States, and the Fifth Amendment of the United States Constitution.

26-5911

12. This Court may grant relief pursuant to 28 U.S.C. Section 2241, 5 U.S.C. Section 702, and the All Writs Act, 28 U.S.C. Section 1651. This Court has additional remedial authority under 28 U.S.C. Sections 2201-02 (the Declaratory Judgment Act) to grant injunctive and declaratory relief.

## IV.    VENUE

14. Venue is proper and lies in this United States District Court for the District of New Jersey because a substantial part of the events or omissions giving rise to the claim arose in this judicial district. See 28 U.S.C. Section 1391(e) and 28 U.S.C. Section 2241 et seq. Pursuant to *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 493-500 (1973), venue lies in the United States District Court for the District of New Jersey, which is the judicial district in which Mr. Cabanas-Reyes is detained at Delaney Hall Detention Facility. Mr. Cabanas-Reyes maintains substantial and continuing ties to New Jersey through his sister Guillermina Cabanas and other family members residing in this state.

## V.    PARTIES

15. Petitioner is a male native and citizen of Mexico, currently detained in immigration custody by Respondents. He seeks a writ of habeas corpus on account of his unlawful detention.

16. Respondent Todd BLANCHE is sued in his official capacity as the Attorney General of the United States of America. In this capacity, he is responsible for administering and enforcing the immigration laws pursuant to 8 U.S.C. Section 1103 and is Petitioner's legal custodian.

17. Respondent Markwayne MULLIN is sued in his official capacity as Secretary of DHS, the agency in charge of administering and enforcing the immigration laws, and is Petitioner's legal custodian.

26-5911

18. Respondent Todd LYONS is sued in his official capacity as the Acting Director of ICE, a DHS component, and, in that capacity, is responsible for administering and enforcing immigration laws and is Petitioner's legal custodian.

19. Respondent Luis SOTO, the Warden of the Delaney Hall Detention Facility in which Mr. Cabanas-Reyes is held, is sued in his official capacity as the actual physical custodian of Petitioner.

## VI.   FACTS

20. Mr. Cabanas-Reyes is a male of legal age and a national of Mexico. He entered the United States in or around 1997. He departed the United States on an unknown date and re-entered in or around 2011, when he was detained by U.S. Customs and Border Protection (CBP).

21. For nearly three decades, from 1997 through May 15, 2026, Mr. Cabanas-Reyes has resided in the United States, establishing himself as a skilled electrician and maintaining deep community and family ties.

22. Mr. Cabanas-Reyes had a prior charge of domestic violence that was dismissed. He has no criminal convictions, no outstanding warrants, and no history of violence or criminal conduct.

23. On May 15, 2026, ICE agents entered Mr. Cabanas-Reyes's residence without a warrant as he was walking his dogs. Mr. Cabanas-Reyes was seized and taken into ICE custody without notice, without opportunity to contact counsel, and without a bond hearing or any neutral adjudication.

24. Mr. Cabanas-Reyes was transferred from his home directly to ICE custody at Delaney Hall Detention Facility, where he has been held since May 15, 2026. His A-Number is 222-514-656.

26-5911

25. A Notice to Appear (NTA) was issued on or about May 20, 2026, initiating removal proceedings before EOIR in Case No. 222-514-656.

26. Under the BIA precedent established in *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025), he is statutorily precluded from obtaining a bond hearing before the immigration court.

27. Mr. Cabanas-Reyes has not filed a bond request with EOIR because such a request would be futile under the *Yajure Hurtado* precedent and because EOIR has systematically failed to provide due process in bond determinations.

28. There is no lawful basis for Mr. Cabanas-Reyes's continued detention. He has been held for seven days without a hearing, without a bond determination, and without any neutral adjudicator having reviewed the basis for his custody. His detention is arbitrary, capricious, and unlawful.

## VII.    EXHAUSTION OF REMEDIES

29. Mr. Cabanas-Reyes has exhausted all practicable administrative remedies. Although an NTA was issued on or about May 20, 2026, and removal proceedings have been initiated, he is unlawfully detained.

30. Under the current interpretation of the BIA in *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025), Mr. Cabanas-Reyes's detention is mandatory due to his re-entry status, rendering any administrative bond request futile. Exhaustion is not required where administrative remedies are futile.

31. Furthermore, EOIR has systematically failed to provide noncitizens with due process in bond and removal proceedings. The administration has purged immigration judges while simultaneously advertising for "deportation judges." It is impossible to obtain meaningful due process at EOIR in the current circumstances.

26-5911

32. Because Mr. Cabanas-Reyes is subject to mandatory detention under *Yajure Hurtado* and bond proceedings would be futile, the only remedy available is judicial review by this Court pursuant to the Great Writ of habeas corpus.

## COUNT I: VIOLATION OF THE FIFTH AMENDMENT RIGHT TO SUBSTANTIVE DUE PROCESS

33. The allegations contained in paragraphs 1 through 32 above are repeated and re-alleged as though fully set forth herein.

34. Mr. Cabanas-Reyes's detention violates the Due Process Clause of the Fifth Amendment of the United States Constitution. Mr. Cabanas-Reyes's substantive due process rights have been violated because his detention is arbitrary and unreasonable.

35. The Fifth Amendment to the Constitution guarantees that civil detainees, like Mr. Cabanas-Reyes, may not be subjected to detention that infringes their fundamental right to liberty.

36. Mr. Cabanas-Reyes has been detained for seven days without a hearing, without bond consideration, and without neutral adjudication. His detention is arbitrary, capricious, and in violation of substantive due process.

## COUNT II: VIOLATION OF THE FIFTH AMENDMENT RIGHT TO PROCEDURAL DUE PROCESS

37. The allegations contained in paragraphs 1 through 32 are repeated and re-alleged as though fully set forth herein.

38. Mr. Cabanas-Reyes's detention violates his procedural due process rights under the Due Process Clause of the Fifth Amendment of the United States Constitution. The fundamental requirement of due process is the opportunity to be heard "at a meaningful time and in a meaningful manner." *Mathews v. Eldridge*, 424 U.S. 319, 333 (1976).

26-5911

39. Mr. Cabanas-Reyes has been provided no meaningful opportunity to be heard. He has been detained for seven days without notice, without a hearing, without counsel, and without any opportunity to contest the basis for his detention.

40. Respondents have violated fundamental due process by detaining Mr. Cabanas-Reyes in a legal vacuum for an extended period without access to a neutral adjudicator or any meaningful administrative process.

## COUNT III: VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT

41. The allegations contained in paragraphs 1 through 32 are repeated and re-alleged as though fully set forth herein.

42. Petitioner's detention by Respondents violates the APA because agency actions by EOIR and ICE are "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A). Where a court finds agency action to violate the APA, the court shall "hold unlawful and set aside" the agency action. Id.

43. ICE's decision to detain Mr. Cabanas-Reyes without a warrant, without notice, and without bond consideration is arbitrary and capricious. The government has provided no factual basis demonstrating Mr. Cabanas-Reyes is a flight risk or danger. His detention without any meaningful process violates the APA.

## VIII.    PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that this Court:

• Assume jurisdiction over this matter;

• Issue a Writ of Habeas Corpus directed to Respondents requiring them to immediately release Mr. Cabanas-Reyes from custody;

26-5911

• Require Respondents to release Mr. Cabanas-Reyes under appropriate conditions so that he may meaningfully pursue any potential relief for which he may be statutorily eligible, while maintaining essential family ties and support;

• Enter preliminary and permanent injunctive relief enjoining Respondents from further unlawful detention of Mr. Cabanas-Reyes;

• In the alternative, order Respondents to provide Mr. Cabanas-Reyes with an immediate individualized bond hearing before an immigration judge, at which the government bears the burden of demonstrating by clear and convincing evidence that Mr. Cabanas-Reyes's continued detention is necessary;

• Grant any other and further relief this Honorable Court deems just and proper.

*/s/ Carolina Theresa Curbelo, Esq.*

Dated: May 23, 2026
Carolina Theresa Curbelo, Esq.
The Law Office of Carolina T. Curbelo, LLC
41 N. Broad Street, 2nd Floor
Ridgewood, New Jersey 07450
Tel. (201) 379-4040
Fax (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
Attorney for Petitioner

26-5911

## VERIFICATION

I, Isidro Cabanas-Reyes, declare under penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am the plaintiff-petitioner in this matter and am personally familiar with the facts of my case;

2. I read the allegations contained in the foregoing Complaint in Spanish, the language I speak and understand the best.

3. To the best of my knowledge, those allegations are true based upon my personal knowledge, information, and belief.


Executed on May 23, 2026
*/s/ Isidro Cabanas Reyes*
Isidro Cabanas Reyes
Petitioner

26-5911

## VERIFICATION BY COUNSEL

I, Carolina Theresa Curbelo, declare under penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1.   I am the attorney for plaintiff-petitioner in this matter and am personally familiar with the facts of this case;

2.   I have read the allegations contained in the foregoing Complaint, and to the best of my knowledge, those allegations are true based upon my personal knowledge, information, and belief.

3.   I have also reviewed the documents attached to this habeas petition and confirm that they are true copies of the originals and that all the facts or allegations ascertained therein are true and correct to the best of my knowledge and experience.


Executed on May 23, 2026
*/s/ Carolina Theresa Curbelo, Esq.*
Carolina Theresa Curbelo, Esq.
Attorney for Petitioner

26-5911

**LIST OF EXHIBITS**
**IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS**

**Ex Documents**
Ex. A, ICE, Locator Search Results,

*/s/ Carolina Theresa Curbelo, Esq.*
The Law Office of Carolina T. Curbelo, LLC
41 N. Broad Street, 2nd Floor
Ridgewood, New Jersey 07450
Tel. (201) 379-4040
Fax (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
Attorney for Petitioner

26-5911

# EX A

13

26-5911

Official Website of the Department of Homeland Security



Report Cri

Main Menu

# Search Results: 1

**ISIDRO CABANAS-REYES**

**Country of Birth :** Mexico
**A-Number:** 222514656
**Status :** In ICE Custody
**State:** NJ
**Current Detention Facility**: DELANEY HALL DETENTION FACILITY

*\* Click on the Detention Facility name to obtain facility contact information*

BACK TO SEARCH >

---

Related Information

---

Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

---

External Links



Bureau of Prisons Inmate
Locator

[DHS.gov](#)[USA.gov](#)[OIG](#)[OpenFOIA](#)[Metrics](#) [No Fear Act](#) [Site Map](#) [Site Policies & Plug-Ins](#)

Gov